# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SHAWN JAMES SOLEIMANI<br><br>  Defendants. | Case No.: 18-cr-3066-JLS<br><br>**ORDER CONTINUING MOTION HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

For the reasons stated by the parties in their joint motion, and pursuant to 18 U.S.C. § 3161(h)(1)(H) and (h)(7),

IT IS HEREBY ORDERED that:

1. The motion hearing presently set for April 15, 2022 is continued by one week to a motion hearing on April 22, 2022 at 2:00 p.m.

2. Time from April 1, 2022 until the continued motion hearing date is excluded under the Speedy Trial Act, as the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial to ensure the availability of counsel to argue the motions, and because of the pendency of motions filed at docket number 132.

3. Time shall accordingly be excluded under 18 U.S.C. § 3161(h)(1)(H) and (h)(7).

SO ORDERED.
Dated: April 4, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge